```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LI HONG,

                Plaintiff,

      -v-

PERFECT WORLD CO., LTD., *et al.*

                Defendants.

------------------------------------------------------------------X

12 Civ. 3741 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.  Any pending motions are moot.  All conferences are vacated.

SO ORDERED.

Dated: July 16, 2012
       New York, New York

                                    JESSE M. FURMAN
                              United States District Judge